**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHARLES GUERIN,

    Plaintiff,

    -against-

NAILS BY MEI LLC,

    Defendants.
------------------------------------------------------------x

20-CV-2773 (LTS) (OTW)

**SCHEDULING ORDER**

  **ONA T. WANG**, **United States Magistrate Judge:**

  The initial conference scheduled for July 8, 2020 is hereby converted to a teleconference. Please use the following dial-in information:

- Telephone Number: 866-390-1828
- Access Code: 1582687

  **SO ORDERED.**

Dated: July 5, 2020
   New York, New York

            _s/ Ona T. Wang_
            **Ona T. Wang**
            United States Magistrate Judge