**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CHARLES GUERIN,

               Plaintiff,              20-CV-2773 (LTS) (OTW)

            -against-             **ORDER**

NAILS BY MEI,

               Defendant.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Plaintiff's attorney, Richard Liebowitz, has been suspended from the practice of law in this Court. Accordingly, plaintiff in this matter must either hire a new attorney or appear without an attorney (that is, "pro se."). The Court will allow plaintiff 30 days to retain a new attorney.

If a new attorney does not file a notice of appearance by February 22, 2021, plaintiff must file a letter by February 22, 2021, stating either (1) that he intends to represent himself; (2) that he does not wish to pursue this case or (3) that he seeks an extension of deadline to obtain an attorney, showing good cause for the request. Plaintiff may file the letter by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

In the alternative, the letter may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY10007.

The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

If plaintiff does not comply with this Order, this case may be dismissed.

The Clerk is directed to (1) terminate Richard Liebowitz as the attorney in this matter; (2) add the plaintiff's name and address below to the docket sheet and (3) mail a copy of this Order to plaintiff.

**SO ORDERED.**

Dated: January 27, 2021
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge